ALBERT STERN and LILLIE FOX, as Administrators with the Will Annexed of the Estate of SIMON SCHNURMACHER, Deceased, Respondents, v. GEORGE GRIEPENKERL, ALBERT STERN and LILLIE FOX, as Administrators with the Will Annexed of the Estate of CECELIA SCHNURMACHER, Deceased, and Said ALBERT STERN, Said LILLIE FOX, CARRIE ROTH and WILLIAM STERN, as Devisees and Legatees under the Last Will and Testament of CECELIA SCHNURMACHER, Deceased, as Sole Devisee and Legatee under the Last Will and Testament of SIMON SCHNURMACHER, Deceased, Defendants; LIPPMAN SCHNURMACHER and JULIUS LEVY, Interpleaded Defendants, Appellants.— Order granting motion to join

Julius Levy and Lippman Schnurmacher as parties defendant reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, to be apportioned between the appellants and payable out of the estate. There is no warrant for granting the motion to bring in the appealing parties. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.